## STATE OF FLORIDA v BLANCO

Case No. 85-224 AC

Eleventh Judicial Circuit, Appellate Division, Dade County

January 26, 1987

### APPEARANCES OF COUNSEL

**Jim Smith,** Attorney General, and **Julie Thornton,** Assistant Attorney General, for appellant.

**Bonnie Rippingille** for appellee.

Before KAYE, MASTOS, ROBINSON, JJ.

## OPINION OF THE COURT

PER CURIAM.

The traffic stop in this case, as testified to by the defendant, was no more coercive than the stop described in *Berkemer v. McCarty*, 468 U.S. 420, 104 S. Ct. 3138, 82 L. Ed. 2d 314 (1984). As such the defendant was not in custody during the initial questioning.

Roadside test are non-testimonial and not subject to *Miranda* requirements. *State v. Villanueva*, 7 Fla. Supp. 2d 101 (Cir. Ct. Dade 1984); *State v. Arsenault*, 336 A. 2d 244, 115 N.H. 109 (1975).

The County Court's suppression of the pre-arrest statements and roadside tests were an error. The Order Granting Motion to Suppress and Exclude is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.